UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SASALA DINING USA INC.,<br><br>　　　　　Defendant. | Case No. 21-cv-03101-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

　　　The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **November 24, 2021**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 2, 2021, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

　　　**IT IS SO ORDERED.**

Dated: September 9, 2021

_____
Richard Seeborg
Chief United States District Judge